

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2016

No. 04-15-00723-CR

David **ZAVALA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-1729-CR-A
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

The court reporter's notification of late record is NOTED. Time is extended to May 2, 2016. **NO MORE EXTENSIONS OF TIME WILL BE ALLOWED.**

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court